**Exhibit A to the Complaint**

**Location:** Onsted, MI

**Total Works Infringed:** 26

**IP Address:** 68.61.213.196

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | B263F573F1107A6E421712C452BE428B2DF1A839 | 06/06/2026 16:21:09 | Vixen | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 2 | D7D6A80C5B688608565A88DF10FC55215D469725 | 06/06/2026 16:20:48 | Vixen | 06/01/2026 | 06/08/2026 | PA0002587861 |
| 3 | 6833C2B570181B179DE595B710CEF0BD035D93CD | 06/06/2026 16:19:13 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 4 | 186FCC10F74C00EEFDDA9345A4D631B5CE2FE16C | 05/28/2026 00:41:38 | Milfy | 05/27/2026 | 06/08/2026 | PA0002587863 |
| 5 | 1B4B544AFA1483402E865B3E9DF0529ADC9F6B7B | 05/08/2026 22:54:01 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 6 | CF168894F7F445F38B0B71F9B642165BE4644DFA | 05/07/2026 00:53:54 | Vixen | 09/13/2021 | 09/30/2021 | PA0002319739 |
| 7 | FC619857EB5BD64566F414DC8CE168AD65509C0D | 05/06/2026 13:31:04 | Blacked | 04/28/2026 | 05/06/2026 | PA0002582419 |
| 8 | D2A46284DAC269A25CDB7AEF7798C005181AF5A2 | 05/06/2026 13:18:19 | Vixen | 05/02/2026 | 05/06/2026 | PA0002582407 |
| 9 | B09D482C4BB7F0B11E8AD388A1E701061774A431 | 04/30/2026 12:19:10 | Vixen | 07/16/2025 | 07/22/2025 | PA0002541698 |
| 10 | F575E9DA614779F418DDD2656389328800E845C2 | 04/30/2026 11:36:09 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 11 | 40D544926DCF7879F40754D560E5B8DC91682584 | 04/30/2026 11:19:03 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 12 | 22C0FAA84A93AB565F5E118EAA524D2B191E6195 | 04/30/2026 09:57:57 | Vixen | 08/30/2025 | 09/16/2025 | PA0002550961 |
| 13 | 9A0C4BFFD7CC39D0D9B6C5E64B977E8B72C059E6 | 04/26/2026 22:08:23 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 14 | 9DA5CD34B8709550CCC8E3F9B9E4F112608B12F4 | 04/25/2026 01:09:57 | Milfy | 04/08/2026 | 04/24/2026 | PA0002582390 |
| 15 | B5FC4E2724ACDB2595F88385624D21CF9C61B325 | 04/25/2026 00:59:36 | TushyRaw | 02/15/2026 | 02/20/2026 | PA0002568786 |
| 16 | DAEFB742B94148E4D2EB706FBEA710650AF08813 | 04/24/2026 19:18:26 | Vixen | 04/17/2026 | 04/24/2026 | PA0002580450 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5AA6578A5F4EEF0039C970C36A6E225A0044B63A | 04/23/2026 22:28:03 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 18 | 2664FA43F70D4BB3D7268B6A8F50CC9EAA95DDC2 | 04/06/2026 19:26:42 | Wifey | 12/06/2025 | 12/09/2025 | PA0002556535 |
| 19 | 36A6EDF55E51D95E8B9A1FFE7CD6712DD48BB912 | 03/16/2026 09:38:39 | Blacked | 03/14/2026 | 04/07/2026 | PA0002577474 |
| 20 | FA8B4B668AEC4012D480F1DA266DCCB6FF409E75 | 03/07/2026 00:51:28 | Blacked Raw | 02/05/2026 | 02/20/2026 | PA0002568776 |
| 21 | A201AFBC055F659B195B86748CCA8BE647B10704 | 02/27/2026 16:40:22 | Vixen | 02/21/2026 | 03/09/2026 | PA0002572157 |
| 22 | 997D5180CBC67DFE2455C40F2D36DF5AF75255D4 | 02/23/2026 00:13:23 | Milfy | 06/25/2025 | 07/08/2025 | PA0002539157 |
| 23 | 45D64F4454514526FD37142B2670D0BA925EEFB5 | 01/29/2026 10:32:14 | Wifey | 12/13/2025 | 01/02/2026 | PA0002558854 |
| 24 | ACDC4CF1581F78A815D7C1BD647DEA11A42968B3 | 01/27/2026 14:41:31 | Wifey | 06/28/2025 | 07/08/2025 | PA0002539150 |
| 25 | 8BB0947268B044917EACB660CEAE98D5B151D591 | 01/14/2026 10:31:54 | Wifey | 01/10/2026 | 01/26/2026 | PA0002563056 |
| 26 | F6140DB9B43651B470B8C9FDFAF5807E4EF1CC45 | 01/02/2026 17:21:43 | Blacked | 12/29/2025 | 01/02/2026 | PA0002558878 |